IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFFICERS FOR JUSTICE CLASS MEMBERS AMIGO, et al.,<br><br>Plaintiffs/Petitioners,<br><br>v.<br><br>CIVIL SERVICE COMMISSION OF THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants/Respondents. | No. C 09-01675 CRB<br><br>**ORDER VACATING HEARING DATES** |

The June 19, 2009 hearing on plaintiffs'/petitioners' motion to enforce consent decree, and the June 26, 2009 hearing on defendants'/respondents' motion to dismiss are VACATED pending this Court's ruling on the submitted motions in <u>Officers for Justice v. Civil Service Commission of the City and County of San Francisco</u>, 73-657/77-2884.

**IT IS SO ORDERED.**

Dated: May 31, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\1675\ordervacatinghearingdates.wpd